1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10  VENI WAYNE FONOTI,                    )    1:08-cv-00879-TAG HC
                                          )
11                                        )    ORDER TO ADMINISTRATIVELY CLOSE
                         Petitioner,      )    CASE NO. "1:08-cv-00879-TAG HC"
12                                        )
          v.                              )
13                                        )
     KEN CLARK, Warden,                   )
14                                        )
                         Respondent.      )
15  _____)

16
17        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
18  pursuant to 28 U.S.C. § 2254.  On June 18, 2008, a petition for writ of habeas corpus filed by
19  Petitioner in the United States District Court for the Central District of California on June 4, 2008 was
20  transferred to this Court by order of U.S. District Judge Robert M. Takasugi of the Central District.
21  (Docs. 3 & 4).   The case was opened by the Clerk of the Court as Case No. 1:08-cv-844-TAG, and
22  the case proceeded normally thereafter, with Petitioner consenting to the jurisdiction of the U.S.
23  Magistrate Judge and the Court granting Petitioner authorization to proceed in forma pauperis.  (Docs.
24  6 & 8).

25        However, on June 23, 2008, for reasons not readily apparent, the Clerk of the Court opened
26  the instant case and assigned it the Case No. 1:08-cv-00879-TAG.  An examination of the petitions in
27  the two cases, i.e., 1:08-cv-00844-TAG and 1:08-cv-00879-TAG, confirm that the two petitions are
28  identical in every respect.  It thus appears that Case No. 1:08-cv-00879-TAG was opened in error and

1  that the case is duplicative of Case No. 1:08-00844-TAG.

2       In such circumstances, the appropriate action is to administratively close Case No. 1:08-cv-

3  00879-TAG, and to permit Case No. 1:08-cv-00844-TAG to proceed.  Accordingly, that will be the

4  order of this Court.

5                                                    **<u>ORDER</u>**

6       For the foregoing reasons, it is HEREBY ORDERED as follows:

7       1.      The Clerk of the Court is DIRECTED to administratively close Case No. 1:08-cv-

8               00879-TAG.

9

10 IT IS SO ORDERED.

11 Dated:   **October 7, 2008**                              _____
                                                                          **/s/ Theresa A. Goldner**
12 _____                                                       UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28